ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

# United States District Court

NORTHERN DISTRICT OF GEORGIA

JAN 1 7 2020

JAMES N. HATTEN, Clerk

By:

UNITED STATES OF AMERICA

v.

JOSHUA REUBEN HERRERA

**CRIMINAL COMPLAINT**

Case Number: 1:20-MJ-0033

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count One

Beginning on or about November 21, 2019, and continuing until on or about January 16, 2020, in the Northern District of Georgia, the defendant, JOSHUA REUBEN HERRERA, using a facility and means of interstate commerce, that is, a cellular telephone and computer connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), all in violation of Title 18, United States Code, Section 2422(b).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

**PLEASE SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.    Yes

Signature of Complainant
Megan M. Perry

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

January 17, 2020

Date

at   Atlanta, Georgia

City and State

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer
AUSA Katherine I. Terry

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Megan Perry, being first duly sworn, do hereby depose and state:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since August 2014. I am currently assigned to the FBI's Atlanta Division Violent Crimes Against Children Squad. I have specialized training and experience in investigating various crimes, including crimes involving the online exploitation of children and sexual exploitation of children. As a Special Agent, I have participated in many investigations involving perpetrators who have used computers and the internet to commit violations involving the sexual exploitation of children.

2.      I am investigating the activities of JOSHUA HERRERA. Based on this investigation, there is probable cause to believe that JOSHUA HERRERA violated Title 18, United States Code, Section 2422(b), by using a facility of interstate commerce, namely a cellular telephone accessing the Internet, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which JOSHUA HERRERA could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4).

3.      The information contained in this Affidavit is based primarily upon my personal knowledge, my training and experience, and information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth only the facts necessary to

establish probable cause to believe that JOSHUA HERRERA has violated Title 18,

United States Code, Section 2422(b).

## PROBABLE CAUSE

*November 19, 2019 undercover posting*

4.      On or about November 19, 2019, an FBI online covert employee (OCE) –

an FBI employee who has been trained and certified for online communications in these

types of investigations – posted an advertisement on a social network website for

individuals interested in fetishes and kinks.

5.      The advertisement was portrayed as a mother looking for individuals

interested in engaging in sexual activity with her daughter. The advertisement

provided the Kik user name of the OCE. Kik is a mobile messaging application that

permits users to exchange messages, images and/or videos either individually or in

groups.

*Messages between OCE and HERRERA, user name "arkanadra"*

6.      On November 21, 2019, the OCE received a message from Kik user

"arkanadra" with the screen name "Josh C" that read "Hey! I saw your post on fet" and

"What are you looking for ?"[1]

7.      The following are excerpts of the Kik communications between the OCE

and "arkanadra" on November 26, 2019:

---

[1]      All text abbreviations and typographical errors in quoted text language are original.
Emojis utilized in the communications are not indicated in this affidavit.

**OCE:** Hey! How are you? I'm looking for something taboo with my daughter that I realize isn't for everyone, any age limits?

**"arkanadra":** Not particularly.

**"arkanadra":** What is it?

**"arkanadra":** And I'm doing great what's the thing you want to do?

8.      The next communications between the OCE and "arkanadra" were on December 23, 2019. The following are excerpts of the Kik communications between the OCE and "arkanadra" from December 23, 2019 through January 2, 2020:

**OCE:** Into young?

**"arkanadra":** How young?

**"arkanadra":** Show me.

**OCE:** How young you into?

**"arkanadra":** Young

**OCE:** That's not very specific

9.   The next communications between the OCE and "arkanadra" were on January 9, 2019. The following are excerpts of the Kik communications between the OCE and "arkanadra" from January 9, 2020 through January 10, 2020:

**"arkanadra":** Not until you tell me how young

**OCE:** She's 11

**"arkanadra":** Cool, where are you

**OCE:** You have experience? We are near Duluth.

**"arkanadra":** I'm in Athens.

3

**OCE:** Ok I guess that's a little far right?

**"arkanadra":** No not really lol

**"arkanadra":** I go between Athens and Atlanta all the time

**"arkanadra":** Send me a pic?

**OCE:** Oh ok. I need to be cautious about sending pics, not sure if you are legit and if I can't trust you.

**"arkanadra":** No I get it

**"arkanadra":** I'm not sure if you're a cop lol

**OCE:** Ha, well I am most definitely not. Scares me even thinking about it. She's my life and I can't lose her. Just need to be cautious.

**"arkanadra":** I get it well I'm interested in you too lol

**OCE:** So how can I know you aren't a cop? And sorry I am not really looking for me, I want this to be something special just for her and not make it messy with me involved too. If that's a deal breaker for you that's I fine, I get it.

**"arkanadra":** Lol I'm not a cop.

**"arkanadra":** What are you looking for, for he

**"arkanadra":** *her

**"arkanadra":** I'm not a cop, but I'm genuinely curious about what youre looking for

**OCE:** She has some experience with my ex but he's bene out of the picture awhile now so I'm looking for someone to keep teaching her and helping her explore her body.

"arkanadra": Ahhh, okey.

"arkanadra": Have you been teaching her

OCE: I answer questions and explain things to her but there are just some things I can't show her and I'm not active with her, it's not really what I'm into.

"arkanadra": Ah, okay

"arkanadra": I'm just wondering why you want her to explore?

OCE: Well since my ex left she keeps asking and wants to keep learning things and how things make her feel. She enjoyed their experience together and I think it's good for her to learn about her sexuality in a comfortable and safe environment rather than going out and making stupid decisions.

"arkanadra": I mean fair.

OCE: What has you interested in this?

"arkanadra": I'm genuinely curious, honestlym

"arkanadra": So..?

"arkanadra": So how is this going to work then?

OCE: I guess I was looking for someone who would have an idea on how to approach it with her.

"arkanadra": Id need to know more in order to have an idea on how to make this work

OCE: What questions do you have?

"arkanadra": Well first off, what would you like her to be taught? Hard limits?

**OCE:** Only limits would be what she is comfortable with and ensuring her safety.

**"arkanadra":** That's fair.

**"arkanadra":** What has she done.

**"arkanadra":** If you know

**OCE:** Touching kissing oral

**"arkanadra":** Ah, cool

**"arkanadra":** Well, id also like to see a pic of you two. You already see me

**"arkanadra":** And also, how would these go? Get to know each other first?

**OCE:** Is that really you? So many people put fake pics up.

**OCE:** (OCE sent an image of what appeared to be an 11 year old girl, clothed lying on a bed looking at an iPad)

**"arkanadra":** It's me

**OCE:** This is Emmy, still not totally comfortable sending her face.

**OCE:** You look like you are laughing in your pic

**"arkanadra":** Lol thanks, I was.

**"arkanadra":** How many others were interested?

**OCE:** A lof of interest but not many that I like for her, talking to a few now trying to figure out if it will work or not.

**"arkanadra":** Ahhh okay.

**"arkanadra":** Well, I'm interested.

*Later in the conversation:*

6

"**arkanadra**": Hm. Are you looking for someone to lead her or let her find what she wants on her own with help

OCE: Both really, I want her to feel included and her needs and desires addressed but also someone to lead her because she is just learning.

"**arkanadra**": Hm.

"**arkanadra**": Thats easy enough

"**arkanadra**": I'd be willing to lead

OCE: Ok, well you are sounding like this may be a good fit then.

OCE: How would you go about it?

"**arkanadra**": Let her get to know me

"**arkanadra**": But question, in front of you or in private?

OCE: If she is comfortable around you I don't need to be there, I'll obviously be around but I don't need to be in the room.

OCE: Is that ol?

OCE: Ok

"**arkanadra**": That's fine

"**arkanadra**": When would you like to do this?

OCE: Whenever works for you, what are you thinking?

OCE: We are generally flexible most nights except I typically work most weekends.

*Later in the conversation:*

"**arkanadra**": Well, what do you want to know then?

**OCE:** Well what would you want me to tell her about you? And what can she expect from you?

**"arkanadra":** She can expect someone to lead her and answer her questions it's not my first time and I'm willing to teach

**OCE:** Sounds good. So you do have experience? I thought you said you didn't.

**"arkanadra":** In teaching. It's not my first time I've had to teach someone younger than me

**"arkanadra":** Admittedly not as young as her

**OCE:** Ok ok.

**OCE:** So are you ok with her being 11?

**OCE:** I just don't want you to be uncomfortable with it, it's not good for her or for you.

**"arkanadra":** I'm not uncomfortable.

**"arkanadra":** Just curious as to what she wants to learn lol

**OCE:** Good. Well she wants to keep learning how things make her feel. I really am looking to whoever we find up come up with what they feel they should show and teach her because that's the whole point.

**"arkanadra":** Well, as I said, I need to know what she's done to know where to guide her

**"arkanadra":** I do like to teach

**"arkanadra":** What else do I need to know

**OCE:** Well all she has done is oral, kissing, touching so far

8

OCE: She is open to learning, she is super sweet, very outgoing. Not sure what else you want to know.

OCE: She hasn't started her period yet.

OCE: And I just got to work so I may be slow to respond just an FYI.

"arkanadra": You're fine.

10.     Communications between the OCE and "arkanadra" continued on January 10, 2020 and through January 13, 2020. The following are excerpts of the Kik communications between the OCE and "arkanadra" on January 13, 2020:

"arkanadra": Well, my question is, what do you want me to teach her/guide her to?

OCE: You keep asking me but I really am looking for someone who would know how to approach it and what they would plan so maybe this isn't for you.

"arkanadra": I'm asking because I don't want to do anything you're not uncomfortable with

"arkanadra": I have a general idea on how, and I would have to meet Emmy and you first

"arkanadra": Like, are we allowed to be alone? Do you want to be there the first few times? Do you want to watch? Thats the kind of question I was asking.

OCE: I appreciate you wanting to be sure there isn't anything I'm not comfortable with. I am ok with you guys being along if she is ok with it, whatever makes her feel the most comfortable. I will be at the house while you are there but I don't specifically need to watch.

"**arkanadra**": Well, I'd start with asking her what she's done and what she's curious about first, to get a baseline of what she's comfortable with.

"**arkanadra**": Then we'd start doing what she's curious about first—then the questions should pop up from there with her. She is curious about her own body and her partners body, correct?

**OCE:** Yes, she is very curious about th experiences and how things make everyone feel.

"**arkanadra**": Ah, then we'll start with exploring her then.

**OCE:** Sounds good. I mentioned she hasn't started her period yet right?

"**arkanadra**": Yes

**OCE:** So what all do you think you would be able to teach her?

"**arkanadra**": Giving and receiving oral, her sensitive spots, a man's sensitive spots to start.

"**arkanadra**": You did say she's not having her periods, so it'll eventually lead to penetration.

**OCE:** If so then I would have to request you were a condom to show her safe practice, at least the first time I think it's important. Is that a deal breaker for you?

"**arkanadra**": For the first time? No.

"**arkanadra**": After the first, id like to not use one to show her how it feels like from then on.

OCE:  I'm good with that I just think she needs to learn safe sex. And I would need to be sure you are clean.

"arkanadra": I have papers saying I am

OCE: Oh nice! Are you regularly checked???  Should I be concerned that you have those papers??? Ha.

"arkanadra": Nah, I get checked once in awhile just for safe measures lol

OCE: Ok good

"arkanadra":  Just glad youre okay with the direction I'm taking her on

OCE: Yeah I think it sounds good, I am just glad to hear you are thinking about her and her needs. A lot of guys I have talked to are just about what's in it for them and that is not what am want for her.

"arkanadra": Hahaha, I get it

"arkanadra": We just need to be cautious of when she starts her period

*Later in the conversation:*

"arkanadra": Well, I'd love to meet you two

OCE: Here too. I am just hesitant to tell her about you before I know we are actually going to meet, no pressure on you I just don't want to het her hopes up and disappoint her if it doesn't ended up working.

"arkanadra": I get it

"arkanadra": But I bet she'll be excited.

"arkanadra": Well, just tell me when you're free

**OCE:** She will be so excited. What's your availability? When would you want to meet. Like we talked about we could meet in public somewhere, maybe dinner or something and then go back to our place for you guys.

**"arkanadra":** Thursday or Friday?

**"arkanadra":** Will it just be us two?

**OCE:** What do you mean just us two?

**OCE:** Like will Emmy be there?

**"arkanadra":** Yes

**OCE:** I guess you tell me, what would be your plan then?

**"arkanadra":** I'd say leave her at home? So that you and I can get to know each other first.

**"arkanadra":** Actually, bring her. I don't want her to b surprised if I just suddenly turn up at your house

*Later in the conversation:*

**"arkanadra":** Well,obviously you and I would like for this to turn into a regular thing

**"arkanadra":** What about future visits?

**OCE:** If it all goes as planned Thursday, or whenever we meet, future visits would be great.

**"arkanadra":** Haha, okay

**"arkanadra":** How regularly could I come over?

**OCE:** Oh, sorry, I didn't understand what you were asking. Totally up to you two, as long as it doesn't interfere with her getting her homework done it is fine with me. And once we get to know you more and she is comfortable I don't need to be around too.

**"arkanadra":** Alright

**"arkanadra":** Could you send me a selfie of you two when you pick her up?

**OCE:** Sure if I remember

**"arkanadra":** When does she get off school, anyway?

**OCE:** Sometimes I pick her up and sometimes she takes the bus, so she is usually home between 330 and 4.

**"arkanadra":** Okay well, I hope she reacts well to you telling her lol

**OCE:** Oh I think she is going to be so excited!

**"arkanadra":** Great

**"arkanadra":** I hope she knows she can't really talk about any of this lol

*Later in the conversation:*

**OCE:** Guess I never asked how old you are, probably would be good to know. And is your name actually Josh? I find so many people on here who use fake names it's crazy!

**"arkanadra":** It's Josh. 25. What about you?

**OCE:** Michelle, I'm 37. And of course you know Emmy, she's 11. Nice to meet you, Josh.

**"arkanadra":** I mean, expect some flirting to come your way

**"arkanadra":** I can see where Emmy gets her looks from (Note: previously in the conversation the OCE sent an image of an adult female with what appeared to be a 11 year old girl, clothed, sitting in a car together)

**OCE:** That's very sweet of you. If I hadn't mentioned it I really want this to be about her, not me. I understand if you are looking for something else but that's not what I am after. I will understand if this isn't for you but please just be up front with me about it before we get too far down the road.

**"arkanadra":** I'm fine with it being about her it's what I expected

11.     The following are excerpts of the Kik communications between the OCE and "arkanadra" on January 14, 2020:

**OCE:** Do you have another picture of you?

**"arkanadra":** (sent an image of what appeared to be the face and chest of a clothed adult male)

**"arkanadra":** First one I found on my phone lol

*Later in the conversation:*

**"arkanadra":** Well, we could have meet today lol

**OCE:** Oh yeah, well you said Thursday or Friday initially but yeah looks like today could have worked.

**"arkanadra":** We could?

**OCE:** Well I haven't talked to her about you yet and I definitely want to do that first as to not spring it on her, even though I know she will be so excited.

**"arkanadra":** Haha, well tell me how it works out telling her then

14

"arkanadra": But if she's excited, we can do it sooner.

*Later in the conversation:*

OCE: I told her to start thinking of questions if she had any for you.

"arkanadra": Is she okay being alone? Are you okay with ground rules?

OCE: I want to be around when you first meet and talk for sure, I will be around to the point where I know she is comfortable and feels ok. If by along you mean I am not home at all, I am definitely not good with that for at least awhile.

OCE: What ground rules?

"arkanadra": As in, alone in the same room. That's what I meant.

OCE: Yeah for sure, if she is ok with it then I am. And I think you can use my room because I have a queen bed, she just has a twin in her room but you can figure that out once you are here.

OCE: She asked if you were just coming over or if you are spending the night. I told her you wouldn't be spending the night Thursday but maybe eventually.

"arkanadra": Thanks for setting us use your room

"arkanadra": I'd love to eventually

"arkanadra": Haha, when it's not a school night.

OCE: That's exactly what I said

"arkanadra": Ground rules, saying no is okay, tell me anything you like or dislike, in private preferably no clothing,

"arkanadra": And asking questions is encouraged.

**OCE:** Those are perfect ground rules. Exactly what I want from this. So thankful you understand and are considerate of her.

**OCE:** She isn't typically shy so I don't think there should be any issues with her being open about asking questions but I will be sure to talk to her about that before so she knows it's ok to not feel shy or embarrassed. She is learning so the only way to keep learning is by asking.

**"arkanadra":** I am serious about the clothing—she should be comfortable with her own anatomy as well as mine.

12.     The following are excerpts of the Kik communications between the OCE and "arkanadra" on January 15, 2020:

**"arkanadra":** Should I bring anything?

**OCE:** Good morning! Been cleaning this morning. How's your day going?

**OCE:** If you wouldn't mind bringing your papers that would be helpful so I have reassurance that I don't need to worry about that for her. And I mentioned needing to use condoms so that's up to you if you think you will get that far on Thursday or no. Not sure what else, can you think of anything?

**"arkanadra":** The condom is only for the first time, correct?

**OCE:** Yeah

**"arkanadra":** Ah, Ill bring a condom then, to teach her how to put it on and I'll think we'll get that far.

**"arkanadra":** But I'll be not suing one after the first time, if you don't mind

**"arkanadra":** Hm, I can't think of anything else!

OCE: I'm fine if you only use it the first time as long as she understands the safe practice aspects of it and you prove you are clean than I'm good.

"arkanadra": Okay, I have my papers ready so we're good

OCE: Cool

"arkanadra": She does know it might happen

"arkanadra": Or will, I should say

*Later in the conversation:*

"arkanadra": So?

OCE: So? Oh, about the time? I was thinking I'll pick her up from school so probably around 330? Would that work for you?

"arkanadra": 330 works

"arkanadra": Middle school?

13.     The following are excerpts of the Kik communications between the OCE and "arkanadra" on January 16, 2020:

OCE: You still want to meet today? If not no biggie just want to check so I can my day.

OCE: Plan my day

"arkanadra": Yes

14.     The OCE and "arkanadra" continued communicating about meeting at a Waffle House in Duluth, Georgia. The OCE sent "arkanadra" a screenshot of a google search of "waffle house peachtree industrial blvd" showing the meeting location as the Waffle House located at 2250 Peachtree Industrial Blvd, Duluth, Georgia.

15.     The following are excerpts of the communications following the meeting location discussions:

**OCE:** Three yelp stars, yikes!

**"arkanadra":** Hahahahah

**"arkanadra":** Well, she wants waffles

**OCE:** And maybe a stomach ache

**"arkanadra":** Haha, I don't think she wants one with the activities were doing.

**OCE:** Ha, for sure!

**"arkanadra":** Send me a selfie when you pick her up so that I know

*Later in the conversation:*

**"arkanadra":** How's it going?

**OCE:** In the pick up line, it's slow! How about you?

**"arkanadra":** Still driving to Duluth lol

**OCE:** Oh ok, good then I won't feel as bad since it seems like we may be late. What time you think you will be there?

**"arkanadra":** About 345?

**"arkanadra":** Hopefully she doesn't have alot of homework lol

**OCE:** She had a lot yesterday so I doubt she will today but we will figure it out. You seem smart so you can help her

**"arkanadra":** Hahah, teaching her in more ways than one?

**OCE:** Hahaha

**"arkanadra":** I'm not wrong lol

"arkanadra": Still waiting?

OCE: No, just got her an stopped to get gas.

OCE: (OCE sent an image of what appeared to be an 11-year-old girl, clothed, sitting in the passenger seat of a car)

"arkanadra": Cute

*January 16, 2020 arrest of HERRERA*

16.     At approximately 3:50 PM, a male resembling the individual in the photo that was sent by "arkanadra" was seen driving a Silver Dodge Charger entering the parking lot of the Waffle House located at 2250 Peachtree Industrial Blvd, Duluth, Georgia. The male parked the vehicle near the Waffle House and did not exit the vehicle. The male later backed out of the parking space and drove the vehicle to the opposite side of the Waffle House where he was approached by FBI agents and Gwinnett County Police Officers, asked to exit the vehicle and placed in handcuffs.

17.     The male identified himself as "JOSHUA HERRERA," date of birth September 24, 1994.  HERRERA said that he had a cellular telephone in his vehicle at the time of his arrest.

*Post*-Miranda *Interview of HERRERA*

18.     HERRERA was read his *Miranda* rights and he verbally expressed understanding.  HERRERA denied being under the influence of drugs or alcohol. HERRERA waived his *Miranda* rights and agreed to speak with FBI agents without an attorney.  He also signed the FBI Advice of Rights form. HERRERA also provided

written consent for the FBI to search his personal cellular telephone, a Google Pixel 3A

XL that was located in his vehicle at the time of his arrest.

19.    During the interview, HERRERA admitted to responding to a posting

from the fetishes and kinks website.  HERRERA used the Kik user name "arkanadra"

and communicated with the OCE regarding engaging in sexual activities with her 11-

year-old daughter.  HERRERA could not recall his Kik screen name (OCE was

communicating with the screen name, "Josh C").  HERRERA said that in 2014 he legally

changed his name from Joshua Crucillo to JOSHUA HERRERA .  HERRERA said that

his main goal of communicating was to meet with the mother so that when he arrived

he could call the police to report the child abuse.  HERRERA said that when he was

approached by law enforcement officers, he had the emergency call function within his

cellular telephone open so he could call 911.  HERRERA said he did not report the

communications he had with the mother regarding the sexual abuse of her daughter to

law enforcement prior to showing up to the Waffle House on January 16, 2020.

20.    After the interview, during his transport to overnight housing, HERRERA

said he was friends with several police officers, including a Gwinnett County Sheriff.

HERRERA denied discussing the communications or his concern of the sexual abuse of

a child to his friends in law enforcement.   HERRERA was transported to the Atlanta

City Detention Center.

## CONCLUSION

21.     Based on the foregoing information, I respectfully submit that there is probable cause to believe that between November 21, 2019 and January 16, 2020, JOSHUA HERRERA violated Title 18, United States Code, Section 2422(b), by using a facility of interstate commerce, that is, a cellular telephone accessing the Internet, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which JOSHUA HERRERA could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4).

**End of Affidavit**