# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOSHUA HERRERA | 1:20-CR-079-SDG |

## NOTICE OF SENTENCING DATE

It is hereby ordered that a sentencing hearing for Defendant Joshua Herrera will be held on **TUESDAY, JULY 11, 2023, at 10:00 A.M.**, in Courtroom 1706, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

The parties may file sentencing memoranda on CM/ECF no less than three business days prior to the sentencing hearing.

The parties are instructed to timely advise the Court via email to Chambers (sonya_lee-coggins@gand.uscourts.gov) if they anticipate calling any witnesses to testify or address the Court during the hearing. The parties are also instructed to timely advise the Court via email to Chambers if any objections set forth in the

final Pre-Sentence Report are withdrawn or resolved by the parties prior to the hearing.

DATE: March 30, 2023

_____
Steven D. Grimberg
United States District Court Judge