

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

April 19, 2023

Courtroom Deputy
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

    Re: U.S. v. Jose Victor Garcia-Valdez, 1:23-CR-00043
       U.S. v. Eulias Thompson, 1:23-CR-00046
       U.S. v. Rodriquez Wheeler, 1:22-CR-00251
       U.S. V. Tyson Childs, et al, 1:22-CR-00327
       U.S. v. Terrill Banks, 1:22-CR-00083
       U.S. v. Niles Redd, 1:22-CR-00121
       U.S. v. Jason Williams, 1:22-CR-00016
       U.S. v. Garcia-Castro, 1-21-CR-00490
       U.S. v. Joshua Herrera, 1:20-CR-00079
       U.S. v. Markeese Brooks, 1:21-CR-00258
       U.S. v. Anthony Smith, et al, 1:21-CR-00470
       U.S. v. Delvin Moore, 1:19-CR- 00452
       U.S. v. Olwane Basil Dunkley, 1:22-CR-00144
       U.S. v. Olwane Basil Dunkley, 1:22-CR-00262
       U.S. v. Ilirjan Shema, 1:21-CR-00297
       U.S. v. Shaquille Davis, 1:22-CR-00167
       U.S. v. Patrick Pleasant, 1:22-CR-00298
       U.S. v. Jason Keith Williams, 1:22-CR-00016

Dear Courtroom Deputy:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from  May 1, 2023 - May 5, 2023. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Page **2** of **2**

Sincerely,

R<small>YAN</small> K. B<small>UCHANAN</small>
*United States Attorney*


 */s/ Stephanie Gabay-Smith*
S<small>TEPHANIE</small> G<small>ABBAY</small>-<small>SMITH</small>
*Assistant United States Attorney*

cc:  Counsel for Defendant