IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO. 1:20-CR-079-SDG-RDC |
| | * | |
| vs. | * | |
| | * | |
| JOSHUA HERRERA. | * | |
| | * | |
| Defendant. | * | |

APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for Joshua Herrera.

This 3rd day of May, 2023.

Respectfully submitted,

*/s/ Adam M. Hames*
Adam M. Hames
Ga. Bar No. 320498
The Hames Law Firm L.L.C.
511 East Paces Ferry Road N.E.
Atlanta, Georgia 30305
(404) 842-9577(office)

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was filed electronically in the U.S. District Court, this 3rd day of May, 2023.

    Erin Sanders A.U.S.A.
    Jesika W. French A.U.S.A.
    Stephanie Elaine Gabay-Smith A.U.S.A.

    Caitlyn Virginia Wade
    Sean Jengwei Young

        Respectfully submitted,

        */s/ Adam M. Hames*
        Adam M. Hames
        Ga. Bar No. 320498
        The Hames Law Firm L.L.C.
        511 East Paces Ferry Road N.E.
        Atlanta, Georgia 30305
        (404) 842-9577(office)