IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JOSHUA HERRERA | Criminal Action No.<br><br>1:20-cr-00079-SDG-RDC |

**Unopposed Motion to Continue Sentencing**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Jesika W. French, Assistant United States Attorney for the Northern District of Georgia, files this motion requesting a continuance of the sentencing currently scheduled for July 11, 2023, due to undersigned counsel's family leave.

On March 30, 2023, Defendant was found guilty on the sole count in the Indictment. (Doc. 127). Sentencing was then scheduled for July 11, 2023. (Doc. 128). The undersigned has filed a notice for Leave of Absence (Doc. 136) for May 17, 2023, through and including October 16, 2023, for parental leave. The undersigned respectfully requests that the sentencing in the above-captioned case be rescheduled to a date after October 16, 2023.

Counsel for the Defendant does not oppose a continuance of the sentencing.

**Conclusion**

For the foregoing reasons, the Government respectfully requests a continuance of the sentencing.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/JESIKA W. FRENCH
*Assistant United States Attorney*
Georgia Bar No. 712040
Jesika.French@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Adam Hames
        Caitlyn Wade
        Sean Young

May 5, 2023

        /s/ JESIKA W. FRENCH

        JESIKA W. FRENCH
        *Assistant United States Attorney*