IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

  *v.*

JOSHUA HERRERA

Criminal Action No.

1:20-cr-00079-SDG-RDC

## ORDER

Upon the Unopposed Motion to Continue Sentencing filed by Jesika W.

French, Assistant United States Attorney for the Northern District of Georgia, in

the above cited case for a continuance of the sentencing currently scheduled for

July 11, 2023 (Doc. 128), the Motion is GRANTED. The Defendant's sentencing

will be continued to October 25, 2023, at 10:00 A.M., in Courtroom 1706, United

States Courthouse, 75 Ted Turner Drive, Atlanta, Georgia.

SO ORDERED this 8th day of MAY 2023.

_____
STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

Prepared by
Jesika W. French, Assistant United States Attorney
(404) 581-6168