

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

June 15, 2023

Courtroom Deputy
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:  US v. Garcia-Valdez, 1:23-CR-00043       US v. Thompson, 1:23-CR-00046
     US v. Wheeler, 1:22-CR-00251             US v. Childs, et al, 1:22-CR-00327
     US v. Banks, 1:22-CR-00083               US v. Redd, 1:22-CR-00121
     US v. Herrera, 1:20-CR-00079             US v. Smith, et al, 1:21-CR-00470
     US v. Moore, 1:19-CR-00452               US v. Dunkley, 1:22-CR-00144
     US v. Dunkley, 1:22-CR-00262             US v. Davis, 1:22-CR-00167
     US v. Pleasant, 1:22-CR-00298            US v. Hairston, 1:23-CR-00195
     US v. Nunez-Perez, 1:23-CR-00129         US v. Matthews, 1:23-CR-00195
     US v. Walker, 1:23-CR-00199              US v. Boyd, 1:23-CR-00209
     US v. Holder, 1:23-CR-00123

Dear Courtroom Deputy:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from June 28-30, 2023, July 3-7, 2023, July 10, 2023, July 13-14, 2023, July 17, 2023, and July 28, 2023. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

RYAN K. BUCHANAN
*United States Attorney*


*/s/ Stephanie Gabay-Smith*
STEPHANIE GABAY-SMITH
*Assistant United States Attorney*

cc:  Counsel for Defendant