# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00079-SDG-RDC
## USA v. Herrera
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 10/27/2023.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 12:15 P.M.
TIME IN COURT: 1:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
CSO/DUSM: Sonya Lee-Coggins
USPO: Lauren Pena and Wesley Puckett
DEPUTY CLERK: Sonya Lee-Coggins

| | |
|---|---|
| DEFENDANT(S): | [1]Joshua Herrera Present at proceedings |
| ATTORNEY(S) PRESENT: | Jesika French representing USA<br>Stephanie Gabay-Smith representing USA<br>Adam Hames representing Joshua Herrera |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held on October 26, 2023. No objections raised by the parties to the Presentence Report (PSR). After considering the parties' positions, the Court added an obstruction enhancement to defendant's guidelines calculations. No objection raised by the parties to the guidelines calculations as announced by the Court. WITNESS: Tyler Whitney, SWORN, TESTIFIED. Defendant sentenced to 235 months' imprisonment, supervised release for life, and a special assessment of $100.00. Parties raised no objections to the sentence. Judgment and Commitment Order to be entered separately. |