IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action |
| | : | No. 1:20-CR-079-SDG-RDC |
| v. | : | |
| | : | |
| JOSHUA HERRERA, | : | |
| | : | |
| Defendant. | : | |

_____

NOTICE OF APPEAL
BY DEFENDANT
JOSHUA HERRERA

_____

Notice is hereby given that Joshua Herrera, defendant in the above styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from his jury trial convictions and the resulting judgment and commitment entered October 27, 2023. (Doc. # 147).

Respectfully submitted this 8th day of November, 2023.

_/s/ Adam M. Hames_____
Adam M. Hames
Georgia Bar No. 320498
511 East Paces Ferry Road NE
Atlanta, GA 30305
(404)842-9577(office)
Adam@amh-law.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served correct copy of the foregoing

Notice of Appeal with the Clerk of Court using the CM-ECF system which will

automatically send e-mail notification of such filing to opposing counsel.

Jesika W. French Morris AUSA
Erin Sanders AUSA
Stephanie Elaine Gabay-Smith AUSA

This 8ᵗʰ day of November, 2023.

_/s/ Adam M. Hames_____
Adam M. Hames
Georgia Bar No. 320498
The Hames Law Firm L.L.C.
511 East Paces Ferry Road N.E.
Atlanta, Georgia 30305
(404)842-9577(office)
Adam@amh-law.com