# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**  **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**  **404-215-1655**
**AND CLERK OF COURT**

November 8, 2023

Clerk's Office - **USCA No. 00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

    Re:    United States of America v. Joshua Herrera
           USDC Criminal No. 1:20-cr-79-SDG-RDC

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

**X**    **Certified copy of Notice of Appeal, Docket Sheet, and J&C appealed from enclosed.**

      Original record A/V Record Exhibits transmitted pursuant to request.   (See attached copy of request.)

**X**    **Appeal fees HAVE been paid electronically.**

      Certified copy of order appointing Federal Defender Program enclosed.

      Certified copy of CJA order appointing counsel enclosed.

      Appellant has been forwarded an application to proceed IFP.

      Appellant has been   leave to proceed IFP, copy of order enclosed.

      An appeal bond has been denied.

**X**    **District Judge appealed from is Honorable Steven D. Grimberg.**

      Other:.

The enclosed certified, record on appeal consists of:

      Volume(s) of pleadings            Envelope of Exhibits

      Volume(s) of transcripts.           PSI enclosed. (SEALED)

                                       Sincerely,

                                       Kevin P. Weimer
                                       Clerk of Court

                          By:    /s/P. McClam
Enclosures                      Deputy Clerk